# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**MICHELLE L. COHOON-LOYD**                                             **PLAINTIFF**

**V.**                                                              **NO. 1:14-CV-33-DMB-DAS**

**GEORGE CHARLES RINEHART**
**AND ALCORN COUNTY, MISSISSIPPI**                              **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

Having considered the Joint Stipulation of Dismissal with Prejudice [19] filed by the plaintiff and defendants,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice, with each party to bear its own costs.

THIS the 22nd day of October 2014.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**